FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　PLAINTIFF<br>v.<br>LUCIANO ROMERO BARAJAS,<br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SACR07-00283-CJC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Counsel for Defendant_____, IT IS ORDERED that a detention hearing is set for _Monday, July 28_____, _2014_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　　(Other custodial officer)

Dated: _July 24, 2014_____    _____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge